UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DERRICK ARMSTRONG, | ) | No. CV 11-10426 PSG (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| LINDA R. THOMAS, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED:  April 2, 2012

  _____
  PHILIP S. GUTIERREZ
  United States District Judge